IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v.                                                 )<br>)<br>CHARLES GRAY, )<br>)<br>Defendant. )<br>_____ ) | 8:03CR441<br><br>ORDER |

Before the court are the defendant's motions to reduce his sentence pursuant to the crack cocaine Amendment 706, (Filing Nos. 30 and 34).

Accordingly,

IT IS ORDERED that both the government and defense counsel shall file briefs in this matter within 30 days of the date of this order.

DATED this 9th day of May, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge